# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

    Plaintiff,

  v.                                Case No. 17-CR-113(12)

**Luis F. Gomez et al**,

    Defendants.

## REPORT AND RECOMMENDATION
## ON DEFENDANT'S CHANGE OF PLEA

    The United States of America and the defendant, Roberto Quiroz-Cervantes, appeared before me on May 17, 2019, for a change of plea colloquy pursuant to Rule 11 of the Federal Rules of Criminal Procedure. *See* Court Minutes for Change of Plea Hearing, ECF No. 508. Mr. Quiroz-Cervantes, who was represented by counsel at the hearing, consented to my conducting the plea colloquy. I explained that it would be for United States District Judge Pamela Pepper alone, not me, to enter the plea and that my role was to conduct the plea colloquy and then to prepare a report and recommendation for ultimate disposition by Judge Pepper.

    After Mr. Quiroz-Cervantes was placed under oath and advised as to the implications of being untruthful, I questioned him about his competency to go forward with the hearing. Through his responses, I found that Mr. Quiroz-Cervantes was lucid, intelligent, and not under the influence of any intoxicants or substances.

I then discussed in detail each of the subjects specified in Rule 11, including the rights Mr. Quiroz-Cervantes would surrender by entering a plea of guilty, the maximum penalties associated with the offenses included in the Plea Agreement, ECF No. 460, and the authority of the sentencing judge to sentence Mr. Quiroz-Cervantes at the statutory maximums. Mr. Quiroz-Cervantes fully understood the rights he was surrendering and the implications of pleading guilty. Mr. Quiroz-Cervantes also was satisfied that he had received effective assistance of counsel.

At the conclusion of this colloquy, I determined that the guilty plea was knowing and voluntary and was not induced by any threats or promises. I found that there was an independent factual basis containing each of the essential elements of Count 1 charged in the Information, ECF No. 466, to which Mr. Quiroz-Cervantes was pleading guilty. Mr. Quiroz-Cervantes advised that he was pleading guilty to that offense because he was, in fact, guilty and that the United States could prove beyond a reasonable doubt that he was guilty of it. Finally, I found that, in responding to my questions, Mr. Quiroz-Cervantes was candid, respectful, and non-evasive, fully accepting responsibility for and acknowledging the unlawfulness of his conduct.

**NOW, THEREFORE, IT IS HEREBY RECOMMENDED** that defendant Roberto Quiroz-Cervantes's plea of guilty be accepted; that he be found to have accepted responsibility for his crime; that a presentence investigation and report be prepared according to the schedule set by the Court; and that Mr. Quiroz-Cervantes

be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Crim. P. 59(b), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this Recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with Judge Pepper shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify Judge Pepper in writing.

Dated at Milwaukee, Wisconsin, this <u>17th</u> day of May, 2019.

                                              **BY THE COURT:**

                                      <u>*s/ David E. Jones*</u>
                                      DAVID E. JONES
                                      United States Magistrate Judge